UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>DELTA NATURAL GAS COMPANY, INC., ET AL.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:17-CV-194-KKC<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and plaintiff has not sought certification of the putative class.

Dated: June 6, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

**STRAUSE LAW GROUP, PLLC**

By:  */s/ Randall S. Strause*
Randall S. Strause
804 Stone Creek Pkwy, Suite 1
Louisville, KY 40223
(502) 498-8268
rstrause@strauselawgroup.com

*Attorneys for Plaintiff*