**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON**

| | |
|---|---|
| **PAUL PARSHALL, Individually and On behalf of All Others Similarly Situated,** | **CIVIL ACTION NO. 5:17-194-KKC** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **DELTA NATURAL GAS COMPANY, INC. et al.,** | |
|     **Defendants.** | |

*** *** ***

The plaintiff in this matter filed a notice of voluntary dismissal, DE. 4, pursuant to Federal Rule of Civil Procedure 41 (a)(1)A)(i) retracting his claims against all defendants. Accordingly, IT IS HEREBY ORDERED that the plaintiff's claims are DISMISSED without prejudice and that the above-captioned action is STRICKEN from the Court's active docket.

Dated June 5, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY